UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

---

**Consolidated Metco, Inc. and**
**Shandong ConMet Mechanical Co., Ltd.**

                          **Plaintiffs,**

   v.

**United States,**

                          **Defendant.**

Case No. 25-00209

**SUMMONS**

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission

:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. **Name and Standing of Plaintiff**

   Plaintiffs in this action are Consolidated Metco, Inc. and Shandong ConMet Mechanical Co., Ltd. As a U.S. importer and foreign producer, respectively, of the subject merchandise, Plaintiffs qualify as interested parties under 19 U.S.C. § 1677(9)(A). Plaintiffs were also active participants in the U.S. International Trade Commission's investigations that led to the determinations being challenged. Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(a)(2)(A) and 28 U.S.C. § 2631(c) as interested parties that were parties to the proceeding identified below.

2. **Brief Description of Contested Determination**

   Plaintiffs contest the U.S. International Trade Commission's final determinations, published as *Brake Drums From China and Turkey; Determinations*, 90 Fed. Reg. 38,179 (Aug. 7, 2025), and *Brake Drums from China and Turkey*, Investigation Nos. 701-TA-729–730 and 731-TA-1698–1699 (Final), USITC Pub. 5651 (Aug. 2025). The challenged final determinations by the U.S. International Trade Commission led to the U.S. Department of Commerce publishing antidumping and countervailing duty orders, the legality of which depends upon the challenged determinations by the U.S.

1

International Trade Commission. *Certain Brake Drums From the People's Republic of China and the Republic of Türkiye: Antidumping Duty Orders*, 90 Fed. Reg. 38,730 (Aug. 12, 2025); *Certain Brake Drums From the People's Republic of China and the Republic of Türkiye: Countervailing Duty Orders*, 90 Fed. Reg. 38,753 (Aug. 12, 2025).

3. **Date of Determination**

The U.S. International Trade Commission issued the final determinations on August 4, 2025 (90 Fed. Reg. 38,179) and the U.S. Department of Commerce issued the antidumping and countervailing duty orders on August 6, 2025 (90 Fed. Reg. 38,730; 90 Fed. Reg. 38,753).

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The contested antidumping and countervailing duty orders published in the Federal Register on August 12, 2025 (90 Fed. Reg. 38,730; 90 Fed. Reg. 38,753). The contested final determinations were published in the Federal Register on August 7, 2025 (90 Fed. Reg. 38,179).

Respectfully submitted,

/s/ Matthew R. Nicely

Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
Paul S. Bettencourt
Sung Un K. Kim

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4046
mnicely@akingump.com

*Counsel to Consolidated Metco, Inc. and Shandong ConMet Mechanical Co., Ltd.*

Dated: September 11, 2025

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
**U.S. DEPARTMENT OF JUSTICE**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. INTERNATIONAL TRADE COMMISSION**
500 E Street, SW
Washington, DC 20436

General Counsel
**U.S. DEPARTMENT OF COMMERCE**
Mail Stop 5875 HCHB
14th Street & Constitution Ave., NW
Washington, DC 20230

Chief Counsel
**U.S. DEPARTMENT OF COMMERCE**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230