BEFORE THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| CONSOLIDATED METCO, INC., and SHANDONG CONMET MECHANICAL CO., LTD., *Plaintiffs,* v. UNITED STATES, *Defendant,* and WEBB WHEEL PRODUCTS, INC., *Defendant-Intervenor.* | Court No. 25-00209 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs, pursuant to Rules 41(a)(1)(A)(ii) and 56.2(g) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Respectfully submitted,

/s/ Sydney H. Mintzer
Sydney H. Mintzer
Jacob M. Reiskin
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3866

*Counsel for Webb Wheel Products, Inc.*

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
Paul S. Bettencourt
Sung Un K. Kim
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com

*Counsel for Consolidated Metco, Inc. and Shandong ConMet Mechanical Co., Ltd.*

        Margaret D. MacDonald
        General Counsel

        Karl von Schriltz
        Assistant General Counsel for Litigation

        <u>/s/ Sarah E. Kramer</u>
        Sarah E. Kramer
        Attorney-Advisor
        U.S. International Trade Commission
        Office of the General Counsel
        500 E Street, SW.
        Washington, DC 20436
        (202) 205-3229
        E-mail: sarah.kramer@usitc.gov

Dated: February 13, 2026         *Counsel for Defendant U.S. International Trade Commission*

**BEFORE THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE**

| | |
|---|---|
| CONSOLIDATED METCO, INC., and SHANDONG CONMET MECHANICAL CO., LTD., | : |
| *Plaintiffs,* | : |
| v. | : Court No. 25-00209 |
| UNITED STATES, | : |
| *Defendant,* | : |
| and | : |
| WEBB WHEEL PRODUCTS, INC., | : |
| *Defendant-Intervenor.* | : |

**PROPOSED ORDER OF DISMISSAL**

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Date: _____          Clerk, U.S. Court of International Trade


By: _____
Deputy Clerk